## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHL VARIABLE INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-314-RGA |
| | ) | |
| THE CHONG SON PAK LIFE INSURANCE | ) | |
| TRUST, by and through its trustee, | ) | |
| WILMINGTON SAVINGS FUND SOCIETY, | ) | |
| FSB, | ) | |
| Defendant. | ) | |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff and defendant hereby stipulate, subject to approval of the Court, that the time for defendant to move, answer or otherwise respond to the Complaint is hereby extended from April 5, 2012 to May 29, 2012.  Defendant has requested the extension because its attorneys were retained on April 3, 2012 and need time to prepare the response to the Complaint.

| ASHBY & GEDDES | SMITH, KATZENSTEIN & JENKINS LLP |
|---|---|
| /s Richard D. Heins | /s/ Robert J. Katzenstein |
| Richard D. Heins (ID No. 3000) | Robert J. Katzenstein (ID No. 378) |
| Tiffany Geyer Lydon (ID No. 3950) | 800 Delaware Avenue, 10th Floor |
| 500 Delaware Avenue, 8th Floor | P.O. Box 410 |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 652-8400 |
| (302) 654-1888 | rjk@skjlaw.com |
| rheins@ashby-geddes.com | |
| tlydon@ashby-geddes.com | Attorney for Defendant the Chong Son Pak Life Insurance Trust, by and through its trustee, Wilmington Savings Fund Society, FSB |
| Attorneys for Plaintiff | |
| PHL Variable Insurance Company | |

APPROVED AND SO ORDERED this _____ day of _____, 2012.

_____
Judge Richard G. Andrews

{12073:STIP:10168488.DOC}